# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRAVIS FERRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-CV-02908-SEB-DML |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal with Prejudice filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

Dated: 4/8/2019

*[Signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to: All counsel of record via the Court's Electronic Case Filing system.